# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH A. SCALIA, II, ESQ.,
Petitioner,
vs.
THE STATE BAR OF NEVADA, A
PUBLIC CORPORATION; JASON
DWORIN, BAR COUNSEL; ROBERT
SCHUMACHER, ESQ., PANEL CHAIR;
AND SOUTHERN NEVADA
DISCIPLINARY BOARD,
Respondents.

No. 72109

FILED

JUL 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original petition for a writ of mandamus or prohibition challenging a disciplinary hearing panel chair's order denying petitioner's motion to set aside a default in an attorney discipline matter.

We are not persuaded that our extraordinary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). SCR 105(3) provides for our automatic review of hearing panel decisions recommending certain types of discipline, and makes an appeal available for all other types. Accordingly, if the hearing leads to discipline being imposed against him, petitioner has a plain, speedy, and adequate legal remedy in the form of such automatic review of or appeal from that discipline. *See* NRS 34.170; NRS 34.330; *Pan*, 120 Nev. at 224, 88 P.3d at 841. Because petitioner has otherwise failed to

17-24684

demonstrate that our discretionary and extraordinary intervention is warranted, *see* NRS 34.160; NRS 34.320, we

ORDER the petition DENIED.

_____, C.J.
Cherry

_____, J.          _____, J.
Douglas                                        Gibbons

_____, J.          _____, J.
Pickering                                      Hardesty

_____, J.          _____, J.
Parraguirre                                   Stiglich

cc:    Chair, Southern Nevada Disciplinary Board
       Joseph A. Scalia, II
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Gordon & Rees Scully Mansukhani, LLP